**Order entered October 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01340-CV

### IN RE SEVEN HILLS COMMERCIAL, LLC, Relator

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06312-D**

## ORDER

The Court has before it relator's October 17, 2013 motion for clarification of this Court's October 3, 2013 order. We **GRANT** the motion for clarification. The October 3, 2013 order stayed the trial court's September 11, 2013, September 18, 2013 and September 19, 2013 orders to the extent those orders require relator or any other person to dismiss the arbitration in California or permanently enjoin any person from taking action in the arbitration or initiating an arbitration. This stay shall remain in effect until further order of this Court.

/s/  DAVID LEWIS
    JUSTICE